**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROY D. MORAGA, | Case No. 3:26-cv-00027-ART-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, | |
| Defendant. | |

Roy D. Moraga, a pro se inmate in the custody of the Nevada Department of Corrections, initiated this case by filing an application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.) However, the IFP application is not signed, and Moraga did not submit a complaint. The Court will give Moraga an opportunity to correct these deficiencies **by February 17, 2026**.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And because Moraga is representing himself, he must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a).

Accordingly, **IT IS ORDERED** that Moraga has until **February 17, 2026**, to either pay the full $405 filing fee or file an IFP application, with the inmate's two signatures on page 3.

**IT IS FURTHER ORDERED** that Moraga has until **February 17, 2026**, to submit a signed complaint in this case.

Moraga is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Moraga to refile the case with the Court, under a <u>new</u> case number, when Moraga can submit a complaint and address the matter of the filing fee.

The Clerk of Court is directed to send Moraga (1) this Court's approved 42 U.S.C. § 1983 complaint form with instructions and (2) this Court's approved IFP application for an inmate with instructions.

**IT IS SO ORDERED.**

**DATED**: January 15, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**