UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROY D. MORAGA,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No. 3:26-cv-00027-ART-CLB

ORDER ACKNOWLEDGING
VOLUNTARY DISMISSAL

Plaintiff Roy D. Moraga, who is confined at Northern Nevada Correctional Center, initiated this case by filing an unsigned application to proceed *in forma pauperis* ("IFP"). The Court granted Plaintiff until February 17, 2026, to (1) either pay the full $405 filing fee or file a signed IFP application, and (2) submit a signed complaint. (ECF No. 5.) Plaintiff has filed a "Notice of Null," asking the Court to "null the proceedings" because he is "filing a small claims in Justice Court." (ECF No. 6.) The Court construes this filing as a notice of voluntary dismissal.

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed, so the Court acknowledges that this case has been dismissed without prejudice.

It is therefore ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Plaintiff to refile this action with the Court in the future under a new case number.

It is further ordered that Plaintiff's IFP application (ECF Nos. 1, 4) is denied as moot.

The Clerk of Court is kindly directed to close the case.

1

DATED: January 30, 2026.

 

 

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE